**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X  01 CV 922 (NG)
**UNITED STATES OF AMERICA,**

            **Plaintiff,**

    -against-                                                  **ORDER**

**DARRYL TYLER, DWAYNE HUNTER,**
**DANIEL LUGO, KENNETH WATSON,**
**MICHAEL McMILLAN, TONYA FOSTER, and**
**RICHARD LUGO,**

           **Defendants.**
-------------------------------------------------------------------X

**GERSHON, United States District Judge:**

    The unauthorized application by one Christopher E. Reese-Thomas, as "next friend" to Richard Lugo, is denied.

                                                                  **SO ORDERED.**

                                                              /s_____
                                                           **NINA GERSHON**
                                                           **United States District Judge**

Dated: January 8, 2008
       Brooklyn, New York